The People of the State of Colorado, Appellee, In the Interest of R.I.R., a Child, and Concerning R.R-B., Appellant. No. 21CA0362
Court of Appeals of Colorado, Seventh Division
October 22, 2021
 
 NOT
 PUBLISHED PURSUANT TO C.A.R. 35(e)
 
 
 City
 and County of Denver Juvenile Court No. 19JV1671 Honorable
 Pax L. Moultrie, Judge
 
 
 
 OPINION
 
 
 PAWAR,
 JUDGE
 
 
 JUDGMENT
 AFFIRMED
 
 
 
 Navarro and Grove, JJ., concur
 
 
 1